```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

**MARK LALIBERTE,**               **CIVIL ACTION**
    **Plaintiff,**             **NO: 05-11224-MLW**

vs.

**WOODS HOLE, MARTHA'S VINEYARD**
**AND NANTUCKET STEAMSHIP**
**AUTHORITY,**
    **Defendant.**

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please enter our appearance on behalf of the defendant, Woods Hole, Martha's Vineyard & Nantucket Steamship Authority, in the above entitled action.

                                                  **CLINTON & MUZYKA, P.C.**

                                                  "/s/ Thomas J. Muzyka"
                                                  Thomas J. Muzyka
                                                  BBO NO: 365540
                                                  One Washington Mall
                                                  Suite 1400
                                                  Boston, MA 02108
                                                  (617) 723-9165

Dated: August 31, 2005