UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARK LALIBERTE,** | CIVIL ACTION |
|     **Plaintiff,** | NO: 05-11224-MLW |
| vs. | |
| **WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY,** | |
|     **Defendant.** | |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please enter our appearance on behalf of the defendant, Woods Hole, Martha's Vineyard & Nantucket Steamship Authority, in the above entitled action.

                                           **CLINTON & MUZYKA, P.C.**

                                           "/s/Kenneth M.Chiarello"
                                           Kenneth M. Chiarello
                                           BBO NO: 639274
                                           One Washington Mall
                                           Suite 1400
                                           Boston, MA 02108
                                           (617) 723-9165

Dated: August 31, 2005