UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARK LALIBERTE,                          CIVIL ACTION
    Plaintiff,                           NO: 05-11224-MLW

vs.

WOODS HOLE, MARTHA'S VINEYARD
AND NANTUCKET STEAMSHIP
AUTHORITY,
    Defendant.
_____

BARRY BROOKS,                            CIVIL ACTION
    Plaintiff,                           NO: 05-11861-MLW

vs.

WOODS HOLE, MARTHA'S VINEYARD
AND NANTUCKET STEAMSHIP
AUTHORITY,
    Defendant.

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned hereby certify that they have conferred with regards to establishing a budget for costs or conducting this litigation and the possible use of Alternative Dispute Resolution programs and procedures.

2

| | |
|---|---|
| INTERNATIONAL MARINE UNDERWRITERS<br><br>_/s/ Robert Wheeler_<br>Robert Wheeler<br>One Beacon Street<br>Boston, MA  02108<br>(617) 725-6711 | CLINTON & MUZYKA, P.C.<br><br>_/s/ Kenneth Chiarello_<br>Kenneth M. Chiarello<br>BBO NO: 639274<br>One Washington Mall<br>Suite 1400<br>Boston, MA  02108<br>(617) 723-9165 |

Dated: May 1, 2006