UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARK LALIBERTE,<br>    Plaintiff | ) ) ) ) | |
| V. | ) ) | Civil Action |
| WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY,<br>    Defendant | ) ) ) ) ) | No. 05-11224-MLW |
| BARRY BROOKS,<br>    Plaintiff | ) ) ) ) | |
| V. | ) ) | Civil Action<br><br>No. 05-11861-MLW |
| WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY,<br>    Defendant | ) ) ) ) ) | |

## JOINT SCHEDULING STATEMENT

Now comes the parties in the above captioned matter and respectfully submits this joint proposed scheduling statement.

1. <u>Beginning of Unrestricted Discovery</u>
   Completion of automatic discovery and commencement of unrestricted discovery on May 24, 2006.

2. <u>Designation of Expert Testimony, on Issues upon which a Party has the Burden of Proof</u>
   Complete designation of expert testimony (including complete answers to expert interrogatories and/or completion of Rule 26 expert materials if required) with regard to issues upon which a party has the burden of proof, on or before:

        Plaintiff's Proposal:       September 1, 2006
        Defendant's Proposal:     Plaintiff's Designation by January 26, 2007
                                          Defendant's Designation by February 23, 2007

3. <u>Designation of Responsive Expert Testimony</u>
   Complete designation of expert testimony (including complete answers to expert interrogatories and/or completion of Rule 26 expert materials if required) which will be offered in response to expert testimony set forth in paragraph 2 above, or to rebut and/or contradict evidence offered by the opposing party upon an issue upon which the opposing party has the burden of proof, on or before:

   Plaintiff's Proposal:       October 1, 2006
   Defendant's Proposal:     March 16, 2007

4. <u>All Dispositive Motions</u>
   All dispositive motions to be filed on or before:

   Plaintiff's Proposal:       October 15, 2006
   Defendant's Proposal:     May 11, 2007

5. <u>Close of Discovery</u>
   All discovery to be concluded on or before:

   Plaintiff's Proposal:       November 1, 2006
   Defendant's Proposal:     April 13, 2007

6. <u>Final Pretrial Conference</u>
   Final pretrial conference to be held on some date on or after:

   Plaintiff's Proposal:       December 1, 2006
   Defendant's Proposal:     June 8, 2007

7. <u>Deposition Testimony to be Used in Lieu of Trial Testimony</u>
   The Parties reserve the right to take de bene esse depositions of witnesses who will be unavailable for trial, at any time up to and including the last friday preceding the date of trial.

8. <u>Ready for Trial</u>
   The parties will be prepared for trial in this matter on or after:

   Plaintiff's Proposal:       January 1, 2007
   Defendant's Proposal:     June 22, 2007

Plaintiff and Defendant attorneys state that they have discussed the probable budget for prosecuting and defending this action with their clients and the signature of the Plaintiff and Defendant will follow.

                                                Respectfully submitted,
                                                Barry Brooks, Plaintiff,
                                                By his attorneys,

                                                "/s/ David F. Anderson"_____
                                                David F. Anderson
                                                Latti & Anderson LLP
                                                30-31 Union Wharf
                                                Boston, MA 02109
                                                (617) 523-1000

Steamship Authority, Defendant
By its attorneys,


"/s/ Kenneth M. Chiarello"_____
Thomas J. Muzyka
BBO NO: 365540
Kenneth M. Chiarello
BBO NO: 639274
CLINTON & MUZYKA, P.C.
One Washington Mall
Suite 1400
Boston, MA  02108
(617) 723-9165


Dated: May 18, 2006