UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARK LALIBERTE
                    Plaintiff(s)
              v.                         CIVIL ACTION
                                         NO.  05-11224

WOODS HOLE, MARTHA'S VINEYARD
AND NANTUCKET STEAMSHIP AUTHORITY
                    Defendant(s)


BARRY BROOKS
                    Plaintiff(s)
              v.                         CIVIL ACTION
                                         NO.  05-11861

WOODS HOLE, MARTHA'S VINEYARD
AND NANTUCKET STEAMSHIP AUTHORITY
                    Defendant(s)


SCHEDULING ORDER

WOLF, D.J.


       This case is governed procedurally by the 1992 Amendments to
the Local Rules of the United States District Court for the
District of Massachusetts (the "Local Rules"), which implement the
District's Civil Justice Expense and Delay Reduction Plan. Counsel
must, therefore, comply with the relevant Local Rules in the
litigation of this case.

       It is hereby ORDERED pursuant to Fed. R. Civ. P. 16(b) and
Local Rule 16(f) that:

[X]  1.   Plaintiff's counsel shall by June 30, 2006 report whether
it can properly represent both plaintiffs or cause new counsel to
appear for one of the plaintiffs.

[X]  2.   The parties shall by JUNE 2, 2006 make the automatic
document disclosure required by Local Rule 26.2(A) and, if
applicable, disclose the information required by Local Rule 35.1

[X]  3.   The parties shall by JUNE 2, 2006  make the disclosure
authorized by Local Rule 26.1(B)(1) and (2).

[X]  4.   Counsel for the parties shall meet at least once to
explore the possibility of settlement and report to the court by
NOVEMBER 17, 2007  the status and prospects for settlement.

       If the case is not settled, the parties shall report whether
they wish to participate in mediation to be conducted by a
magistrate judge or attorney on the Court's panel of mediators.

[X]   5.   Plaintiff(s)   and/or   Counterclaim   or   Third Party
Plaintiff(s) shall by DECEMBER 21, 2006  designate experts and
disclose the information described in Fed. R. Civ. P. 26(a)(2),
concerning each expert. Each other party shall by FEBRUARY 9, 2007
designate expert(s) and disclose the information described in Fed.
R. Civ. P. 26(a)(2).

[X]  6.   All discovery shall be complete by MARCH 30, 2007.

[X]  7.   Counsel for the parties shall confer and, by APRIL 20,
2007, file a report as to the prospects for settlement and whether
either party feels there is a proper basis for filing a motion for
summary judgment.

[X]  8.   A scheduling conference will be held on APRIL 30, 2007
at 4:00 PM  and must be attended by trial counsel with full
settlement authority or with their client(s). If appropriate, a
schedule for filing motions for summary judgment will be
established at this conference.

[X]  9.   A final pretrial conference will be held on MAY 23,
2007 at 4:00 PM   and must be attended by trial counsel with full
settlement authority or with their client.  Counsel shall be
prepared to commence trial as of the date of the final pretrial
conference.

[X]  10.  Trial shall commence on MAY 29, 2007  .

     All provisions and deadlines contained in this Order having
been established with the participation of the parties to this
case, any requests for modification must be presented to the judge
or magistrate judge, if referred for case management proceedings.
Any requests for extension will be granted only for good cause
shown supported by affidavits, other evidentiary materials, or
reference to pertinent portions of the record.  The request shall
be made by motion and shall contain the reasons for the request, a
summary of the discovery which remains to be taken, and a date
certain when the requesting party will complete the additional
discovery.
     Counsel are encouraged to seek an early resolution of this
matter. Additional case management conferences may be scheduled by
the Court or upon the request of counsel.


                              By the Court,
                              DENNIS P. O'LEARY


May 30, 2006                    /s/ Dennis O'Leary
Date                           Deputy Clerk