UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARK LALIBERTE,** | CIVIL ACTION |
|     Plaintiff | NO: 05-11224-MLW |
| vs. | |
| **WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY,** | |
|     Defendant | |
| **BARRY BROOKS,** | CIVIL ACTION |
|     Plaintiff | NO: 05-11861-MLW |
| vs. | |
| **WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY,** | |
|     Defendant | |

### JOINT MOTION TO AMEND THE MAY 30, 2006 SCHEDULING ORDER

Now come the parties, in the above-entitled action, by and through their undersigned counsel, and respectfully move this Honorable Court to amend the May 30, 2006 Scheduling Order by extending the dates contained therein for a brief period of three (3) months. As grounds in support, the parties submit the following for the Court's consideration.

    1.    This consolidated action arises out of personal injuries sustained by the plaintiffs while they were working as Able Bodied seamen onboard the M/V ISLANDER, a ferry owned and operated by the

      defendant.  The M/V ISLANDER provides passenger and freight service between Woods Hole and Martha's Vineyard.

2. Discovery is presently scheduled to close on March 30, 2007.  The parties, despite their efforts, will not be able to complete discovery by this date.  The parties are currently attempting to resolve several discovery disputes without the necessity of Court intervention.

3. Additionally, the availability of the defendant's personnel (Port Engineer & Port Captain) has been limited.  At the time Hurricane Katrina struck, the defendant was in the process of constructing the M/V ISLAND HOME in Mississippi.  The vessel sustained significant damage and, as a result, it required the defendant's personnel to be present on-site and also delayed the delivery of the vessel.  The M/V ISLAND HOME has finally been delivered to the defendant (January 2007).

4. The parties respectfully submit that good cause exists to amend the Scheduling Order.  The parties will further explore the possibility of settlement after the amended discovery period (June 29, 2007) expires and will report to the Court the status of negotiations on July 15, 2007.

**WHEREFORE**, the parties pray that this Honorable Court amend the Scheduling Order by extending the dates contained therein for a brief period of three (3) months, and issue an Amended Scheduling Order consistent with the following dates:

Plaintiff's expert designation
pursuant to Fed.R.Civ.P. 26(a)(2)
by or before:                                     March 23, 2007

```
Defendant's expert designation
pursuant to Fed.R.Civ.P. 26(a)(2)
By or before:                           May 4, 2007

All discovery complete by:              June 29, 2007

Settlement report:                      July 15, 2007

Final Pre-Trial Conference:             August __, 2007

Trial to commence:                      September __, 2007
```

Respectfully submitted,

**FOR THE PLAINTIFF**                   **FOR THE DEFENDANT**


"/s/ David F. Anderson"                 "/s/ Thomas J. Muzyka"
David F. Anderson                       Thomas J. Muzyka
BBO NO: 560994                          BBO NO: 365540
LATTI & ANDERSON, LLP                   Kenneth M. Chiarello
30-31 Union Wharf                       BBO NO: 639274
Boston, MA  02109                       CLINTON & MUZYKA, P.C.
(617) 723-9165                          One Washington Mall
                                        Suite 1400
                                        Boston, MA  02108
                                        (617) 723-0165


Dated: February 20, 2007