UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Mark Laliberte**
        **Plaintiff(s)**

V.                              CIVIL NO.  05-11224-MLW

**Wood's Hole, Martha's Vineyard
and Nantucket Steamship
Authority**
        **Defendant(s)**

NOTICE and ORDER

**Bowler, U.S.M.J.**

PLEASE TAKE NOTICE that the above-entitled case has been set for a  mediation hearing  on  7/12/2007  at  10:00  A.M. before Judge  Marianne B. Bowler  in Courtroom #  25  on the  7th  floor.

All parties with binding settlement authority are required to attend, leave of Court is required for any exceptions.   All confidential meditation briefs are to be submitted to the Court via facsimile at (617) 204-5833 no later than 48 hours prior to the hearing.

                                                              SARAH A. THORNTON,
                                                              CLERK OF COURT

7/10/2007                                      By:    /s/ Marc K. Duffy, Esq.
Date                                                  Deputy Clerk

(ADR Notice (Laliberte).wpd - 3/7/2005)