UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
MARK LALIBERTE,                )
     Plaintiff                 )
                               )
V.                             )    Civil Action
                               )
WOODS HOLE, MARTHA'S           )    No. 05-11224-MLW
VINEYARD AND NANTUCKET         )
STEAMSHIP AUTHORITY,           )
     Defendant                 )
_____)
                               )
BARRY BROOKS,                  )
     Plaintiff                 )
                               )    Civil Action
V.                             )
                               )    No. 05-11861-MLW
WOODS HOLE, MARTHA'S           )
VINEYARD AND NANTUCKET         )
STEAMSHIP AUTHORITY,           )
     Defendant                 )
_____)
```

**DEFENDANT'S MOTION TO CANCEL MEDIATION**

Now comes the defendant, Woods Hole, Martha's Vineyard & Nantucket Steamship Authority, in the above consolidated actions, by and through its undersigned attorneys, Clinton & Muzyka, and respectfully moves this Honorable Court to cancel the Mediation scheduled for July 12, 2007 before Honorable Judge Marianne Bowler.  As grounds in support, the defendant submits the following for the Court's consideration.

The parties agreed to attend Mediation on the claims asserted by Mark LaLiberte on the condition that the claims of Barry Brooks settle beforehand.  The parties have been unable to settle Mr. Brooks' claims and, as a result, the defendant is no longer willing to attend Mediation on Mr. LaLiberte's claims.

By its Attorneys,

**CLINTON & MUZYKA, P.C.**

**"/s/ Thomas J. Muzyka"**
**Thomas J. Muzyka**
**BBO NO.  365540**
**Kenneth M. Chiarello**
**BBO NO: 639274**
One Washington Mall
Suite 1400
Boston, MA  02108
(617) 723-9165

Dated: July 11, 2007