UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARK LALIBERTE,<br>    Plaintiff<br><br>V.<br><br>WOODS HOLE, MARTHA'S<br>VINEYARD AND NANTUCKET<br>STEAMSHIP AUTHORITY,<br>    Defendant | Civil Action<br><br>No. 05-11224-MLW |

PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO CONCEL MEDIATION

Now comes the Plaintiff in the above captioned matter and responds to Defendant's Motion to Cancel Mediation as follows:

In its Motion the Defendant states "The parties agreed to attend Mediation on the claims asserted by Mark LaLiberte on the condition that the claims of Barry Brooks settle beforehand". Def. Mot. P. 2.   This statement is absolutely false.  At the request of the Defendant, Plaintiff's counsel agreed to attend mediation in the LaLiberte case on the condition that mediation would not alter the trial date.   Defense counsel contacted the Court and somehow arranged for a mediation to take place before Judge Bowler on July 12.  Earlier this week settlement negotiations in a companion case[1] reached an impasse.  Defendant is apparently unwilling to discuss settlement in the Laliberte case unless and until an agreement in the Brooks case is reached.  Defendant is entitled to do so.  However the statement in its motion that the LaLiberte

---

[1] The Brooks, case, C.A. 05-11861-MLW arises from the same accident and has been consolidated with the LaLiberte case for the purposes of discovery and trial.

mediation was explicitly conditioned upon the parties first reaching an agreement in <u>Brooks</u> is simply false.

      It takes two to settle a case, and if the Defendant is unwilling to discuss settlement in the <u>Laliberte</u> it does not make sense to attend mediation. Accordingly the Plaintiff has no objection to canceling mediation.

                                        Respectfully submitted,
                                        Barry Brooks, Plaintiff,
                                        By his attorneys,

                                        _____
                                        David F. Anderson
                                        BBO #560994
                                        Carolyn M. Latti
                                        BBO #567394
                                        Latti & Anderson LLP
                                        30-31 Union Wharf
                                        Boston, MA 02109
                                        (617) 523-1000

Dated: