UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARK LALIBERTE,** | CIVIL ACTION |
|     Plaintiff | NO: 05-11224-MLW |
| vs. | |
| **WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY,** | |
|     Defendant | |
| _____ | |
| **BARRY BROOKS,** | CIVIL ACTION |
|     Plaintiff | NO: 05-11861-MLW |
| vs. | |
| **WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY,** | |
|     Defendant | |
| _____ | |

## DEFENDANT'S STIPULATION

Now comes the defendant, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority, in the above-entitled actions, by and through its undersigned counsel, Clinton & Muzyka, P.C., and hereby stipulates to a finding in favor of the plaintiffs on Counts I and II of their Complaints (Jones Act Negligence & Unseaworthiness), but reserves the right to contest any and all issues relating to maintenance & cure, contributory negligence, medical

causation and condition, and damages for the time of trial.

          By its attorneys,

          **CLINTON & MUZYKA, P.C.**

          **"/s/Thomas J. Muzyka"**
          **Thomas J. Muzyka**
          **BBO NO. 365540**
          **Kenneth M. Chiarello**
          **BBO NO. 639274**
          One Washington Mall
          Suite 1400
          Boston, MA 02108
          (617) 723-9165

Dated:  July 24, 2007