UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK LALIBERTE,<br>    Plaintiff<br><br>V.<br><br>WOODS HOLE, MARTHA'S<br>VINEYARD AND NANTUCKET<br>STEAMSHIP AUTHORITY,<br>    Defendant | Civil Action<br>No. 05-11224-MLW |
| BARRY BROOKS,<br>    Plaintiff<br><br>V.<br><br>WOODS HOLE, MARTHA'S<br>VINEYARD AND NANTUCKET<br>STEAMSHIP AUTHORITY,<br>    Defendant | Civil Action<br>No. 05-11861-MLW |

**STATUS REPORT ON SETTLEMENT**

Now come the parties, in the above-entitled action, by and through their undersigned attorneys, and respectfully report that despite their efforts they have been unable to settle the claims asserted by the plaintiffs herein.

Respectfully submitted,

| **FOR THE PLAINTIFFS** | **FOR THE DEFENDANT** |
|---|---|
| "/s/ David F. Anderson" | "/s/ Thomas J. Muzyka" |
| David F. Anderson | Thomas J. Muzyka |
| BBO NO: 560994 | BBO NO: 365540 |
| LATTI & ANDERSON, LLP | Kenneth M. Chiarello |
| 30-31 Union Wharf | BBO NO: 639274 |
| Boston, MA  02109 | CLINTON & MUZYKA, P.C. |
| (617) 723-9165 | One Washington Mall |
|  | Suite 1400 |
|  | Boston, MA  02108 |
|  | (617) 723-0165 |

Dated: July 27, 2007