UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARK LALIBERTE,<br>　　　Plaintiff<br><br>V.<br><br>WOODS HOLE, MARTHA'S<br>VINEYARD AND NANTUCKET<br>STEAMSHIP AUTHORITY,<br>　　　Defendant | Civil Action<br><br>No. 05-11224-MLW |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE NAMED COURT**:

　　　Please enter my appearance on behalf of the plaintiff, Mark Laliberte, in the above-entitled action.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　Mark Laliberte, Plaintiff,
　　　　　　　　　　　　　　　　　　　By his attorneys,


　　　　　　　　　　　　　　　　　　　/s/ Carolyn M. Latti
　　　　　　　　　　　　　　　　　　　CAROLYN M. LATTI, BBO 567394
　　　　　　　　　　　　　　　　　　　LATTI & ANDERSON LLP
　　　　　　　　　　　　　　　　　　　30-31 UNION WHARF
　　　　　　　　　　　　　　　　　　　BOSTON, MA 02109
　　　　　　　　　　　　　　　　　　　(617) 523-1000

DATED:  August 7, 2007

CERTIFICATE OF SERVICE

      I hereby certify that on August 7, 2007, I electronically filed Notice of Appearance with the Clerk of the Court using CM/ECF system which will send notification of such filing(s) to the following:

      Thomas J. Muzyka,
      Kenneth M. Chiarello
      Clinton & Muzyka, P.C.
      One Washington Mall, Suite 1400
      Boston, MA 02108

      Respectfully submitted for
      the Plaintiff,

      /s/Carolyn M. Latti
      Carolyn M. Latti
      Latti & Anderson LLP
      30-31 Union Wharf
      Boston, MA 02109
      617-523-1000