UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.  CA05-11224
          CA05-11861

| Mark Laliberte | Wood's Hole, Martha's Vineyard and Nantucket Steamship Auth. |
| Barry Brooks | Wood's Hole, Martha's Vineyard and Nantucket Steamship Auth |
| PLAINTIFF | DEFENDANT |
| David Anderson | Thomas Muzyka |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf      CLERK  O'Leary      REPORTER  Romanow

CLERK'S NOTES

| DATES: | Status Conference/Motion Hearing |
|---|---|
| 8/9/07 | Court goes over the status of the cases with the counsel |
| | Court denies the plaintiff's motion to extend time to permit additional discovery |
| | Court find's the defendant's motion for a protective order is moot. |
| | Court resumes in the lobby with the parties for the settlement/scheduling conference. |