```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

_____
                              )
**MARK LALIBERTE,**           )
    Plaintiff             )
                              )
V.                            )    Civil Action
                              )
**WOODS HOLE, MARTHA'S**      )    No. 05-11224-MLW
**VINEYARD AND NANTUCKET**    )
**STEAMSHIP AUTHORITY,**      )
    Defendant             )
_____)
                              )
**BARRY BROOKS,**             )
    Plaintiff             )
                              )    Civil Action
V.                            )
                              )    No. 05-11861-MLW
**WOODS HOLE, MARTHA'S**      )
**VINEYARD AND NANTUCKET**    )
**STEAMSHIP AUTHORITY,**      )
    Defendant             )
_____)

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE SETTLEMENT REPORT WITH THE COURT

Now comes the defendant, Woods Hole, Martha's Vineyard & Nantucket Steamship Authority, in the above consolidated actions, by its counsel, Clinton & Muzyka, and respectfully moves this Honorable Court to extend the deadline for reporting the settlement status from the close of business on Wednesday, August 15, 2007 to the close of business on Friday, August 17, 2007.

The defendant submits for consideration of this Court that the defendant needs the additional time to review and

to respond to recent settlement demands provided by the plaintiffs.  The defendant submits that this will not delay the filing of any document required by the Court as scheduled during the previous Status Conference.

The defendant submits that plaintiff's counsel has no objection to this extension.

**WHEREFORE**, the defendant prays that the two (2) day extension by granted by this Honorable Court.

By its Attorneys,

**CLINTON & MUZYKA, P.C.**


**"/s/ Thomas J. Muzyka"**
**Thomas J. Muzyka**
**BBO NO.  365540**
**Kenneth M. Chiarello**
**BBO NO: 639274**
One Washington Mall
Suite 1400
Boston, MA  02108
(617) 723-9165

Dated:  August 14, 2007