UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BARRY BROOKS,<br>    Plaintiff<br><br>V.<br><br>WOODS HOLE, MARTHA'S<br>VINEYARD AND NANTUCKET<br>STEAMSHIP AUTHORITY,<br>    Defendant | ) ) ) ) ) ) ) ) ) ) ) | Civil Action<br><br>No. 05-11861-MLW |
| MARK LALIBERTE,<br>    Plaintiff<br><br>V.<br><br>WOODS HOLE, MARTHA'S<br>VINEYARD AND NANTUCKET<br>STEAMSHIP AUTHORITY,<br>    Defendant | ) ) ) ) ) ) ) ) ) ) ) | Civil Action<br><br>No. 05-11224-MLW |

### STATUS REPORT REGARDING SETTLEMENT

Now comes the Plaintiff's in the above captioned matter and reports to the Court regarding the settlement status of the above civil actions.

Neither the <u>Brooks</u> nor the <u>LaLiberte</u> cases have settled. Settlement discussions continued through Friday night and during the weekend on Saturday. However it appears the parties have reached an impasse in both cases. None the less, it is anticipated that counsel for both parties will continue talking.

        Respectfully submitted,
Barry Brooks, Plaintiff,
Mark LaLiberte, Plaintiff
By their attorneys,

 /s/ David F. Anderson
David F. Anderson
BBO #560994
Carolyn M. Latti
BBO #567394
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

Dated:  08-20-07

## CERTIFICATE OF SERVICE

    I hereby certify that on this date, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

        /s/ David F. Anderson
David F. Anderson