```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| MARK LALIBERTE,        ) | |
|     Plaintiff          ) | |
|                        ) | |
| V.                     ) | Civil Action |
|                        ) | No. 05-11224-MLW |
| WOODS HOLE, MARTHA'S   ) | |
| VINEYARD AND NANTUCKET ) | |
| STEAMSHIP AUTHORITY,   ) | |
|     Defendant          ) | |
|                        ) | |
| BARRY BROOKS,          ) | |
|     Plaintiff          ) | |
|                        ) | Civil Action |
| V.                     ) | No. 05-11861-MLW |
|                        ) | |
| WOODS HOLE, MARTHA'S   ) | |
| VINEYARD AND NANTUCKET ) | |
| STEAMSHIP AUTHORITY,   ) | |
|     Defendant          ) | |

**DEFENDANT'S REQUEST FOR VOIR DIRE OF PROSPECTIVE JURORS**

Now comes the defendant, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority, in the above captioned matter, by its counsel, and respectfully requests this Honorable Court to inquire of the prospective jurors on voir dire the following questions:

1.   Are any jurors, their family members or friends involved in the maritime industry?

2.   Are any jurors, their family members or friends, plaintiffs and/or defendants in any present litigation?

2

3.  Do any jurors, their family members or friends testify in legal or administrative proceedings as expert witnesses?

4.  Have any jurors, their family members or friends sustained work related injuries?

5.  Have any jurors had any family members or friends suffer disabling injuries in work related accidents?

6.  Do any of the jurors have a physical impairment(s) (hearing, vision or other) that would prevent or affect his or her ability to receive the evidence?

7.  Do any of the jurors have preconceived determinations regarding the parties or any issue in this personal injury claim?

By its attorneys,

**CLINTON & MUZYKA, P.C.**

"/s/Thomas J. Muzyka"
**Thomas J. Muzyka**
**BBO NO. 365540**
**Kenneth M. Chiarello**
**BBO No: 639274**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated:  August 22, 2007