UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARK LALIBERTE,                              CIVIL ACTION
    Plaintiff,                               NO. 05-11224-MLW

vs.

WOODS HOLE, MARTHA'S VINEYARD
AND NANTUCKET STEAMSHIP
AUTHORITY,
    Defendant.

## DEFENDANT'S PROPOSED VERDICT FORM

1.  (A)  Was the defendant, Woods Hole, Martha's Vineyard
         And Nantucket Steamship Authority, negligent?

         Yes _____X_____          No _____

    (B)  If so, was that negligence a cause of the injury
         Mark Laliberte?

         Yes _____X_____          No _____

    Go to Question 2.

2.  (A)  Was the defendant's vessel unseaworthy?

         Yes ____X_____            No _____

    (B)  If so, was the unseaworthiness of the vessel a
         proximate cause of the injury to Mark Laliberte?

         Yes _____X_____          No _____

2

3.  (A)  Was Mark Laliberte negligent?

    Yes _____        No _____

    (B)  Was Mark Laliberte's negligence a cause of his injury?

    Yes _____        No _____

**IF YOU HAVE ANSWERED QUESTION 3(A) AND 3(B) "YES", ANSWER QUESTIONS 4, 5, AND 6.**

**IF YOU HAVE ANSWERED EITHER QUESTION 3(A) OR 3(B) "NO", SKIP TO QUESTION 5, AND THEN 6.**

4.  State in percentage terms the percentage of the total negligence (100%) you find Mark Laliberte and Barry Brooks responsible for and what percentage of the total negligence and/or unseaworthiness (100%) you find the defendant responsible for:

    Mark Laliberte's negligence _____ %

    Barry Brook's negligence _____ %

    Defendant's negligence
    and/or unseaworthiness _____ %

                    Total:          100     %

5.  (A)  Were the U.S. Coast Guard regulations violated?

    Yes _____        No _____

    (B)  Was the violation a cause of the injury?

    Yes _____        No _____

6.  (A)  Did the plaintiff sustain damages as a result of the defendant's negligence and/or unseaworthiness of its vessel?

    Yes _____        No _____

**IF YOU ANSWERED QUESTION 6(A) "NO", STOP.  OTHERWISE, ANSWER THE REMAINING QUESTIONS.**

3

**IN ANSWERING QUESTION 6, DO NOT REDUCE YOUR FINDING BECAUSE OF ANY PERCENTAGE OF NEGLIGENCE FOR WHICH YOU MAY HAVE FOUND PLAINTIFFS PAUL W. MARTIN AND STEVEN M. REEVES RESPONSIBLE IN ANSWERING QUESTION 4.   THE COURT WILL TAKE INTO ACCOUNT YOUR FINDINGS, IF ANY, TO QUESTION 4 IN DETERMINING WHAT JUDGMENT TO ENTER.**

    (B)  If yes, what amount do you award Mark Laliberte?

        $_____

7.  Do you find the plaintiff entitled to
    prejudgment interest?

        Yes _____        No _____

    If so, at what percentage (not to exceed 12%)

        _____%

Dated: _____        _____
                                **Foreperson**