**UNITED STATES DISTRICT COURT**
**for the**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| _____ ) | |
| **MARK LALIBERTE,** ) | |
|     **Plaintiff** ) | |
| ) | **Civil Action** |
| **V.** ) | |
| ) | **No. 05-11224-MLW** |
| **WOODS HOLE, MARTHA'S** ) | |
| **VINEYARD AND NANTUCKET** ) | |
| **STEAMSHIP AUTHORITY,** ) | |
|     **Defendant** ) | |
| _____ ) | |

### PLAINTIFF LALIBERTE'S PROPOSED VERDICT QUESTIONS

1.      Do you find that the Defendant, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority was negligent and that its negligence   was a legal cause of Plaintiff, Mark Laliberte's injuries?

Yes ___X___ No _____

2.      Do you find that the M/V ISLANDER was unseaworthy and that this unseaworthy condition was a legal cause of Plaintiff, Mark Laliberte's injuries?

Yes __X____ No _____

3      A)      Do you find that the Defendant, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority violated an applicable United States Coast Guard Regulation.

Yes _____ No _____

*If you responded "yes" to question #3a above, then answer the below question #3b*

*If you responded "no" skip question #3b and proceed to Question #4.*

3    B)    Has the Defendant established that its violation of Coast Guard regulation could not have been a cause of injury to Mark Laliberte.

Yes _____    No _____

4.    A)    Do you find that the Plaintiff, Mark Laliberte, was negligent and that his negligence was a legal cause of his injuries?

Yes _____    No _____

B)    If your answer to question #4A above was "Yes", please state in percentage terms the comparative fault of the parties.

Negligence of Defendant, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority and Unseaworthiness of M/V ISLANDER
_____%

Negligence of Plaintiff, Mark Laliberte            _____%

=        100%

5.    For each category listed below, please state in dollars the damages sustained by the Plaintiff, Mark Laliberte as a result of the alleged incident.

A)    Past lost wages                $_____

B)    Past medical costs            $_____

C)    Past pain and suffering        $_____

D)    Future lost earning capacity    $_____

E)    Future medical costs            $_____

F)    Future pain and suffering        $_____

6.      A)      Do you award Plaintiff, Mark Laliberte, Pre-judgment interest on his past damages?

Yes _____  No _____

B)      If your answer to question 6A above was "Yes", then  please state in percentage terms the annual rate (not to exceed 12%) of pre-judgment interest which you find to be fair and reasonable.

_____%

7.      A)      Is Mark Laliberte entitled to maintenance and cure?

Yes _____  No _____

B)      If your answer to question 6A above was "Yes", then  please state the amount in dollars you award.

$_____

***If you have answered questions #1 - #6 above, then please have your foreperson sign this Special Jury Verdict Form in the space below and notify the Court Officer that you have reached a verdict.***

_____
Jury Foreperson

Date: