UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARK LALIBERTE,** | CIVIL ACTION |
|     Plaintiff, | NO: 05-11224-MLW |
| vs. | |
| **WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY,** | |
|     Defendant. | |
| _____ | |
| **BARRY BROOKS,** | CIVIL ACTION |
|     Plaintiff, | NO: 05-11861-MLW |
| vs. | |
| **WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY,** | |
|     Defendant. | |

### DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EXHIBITS

Now comes the defendant, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority, in the above-entitled action, by and through its attorneys, and pursuant to the Court's Procedural Order respectfully submit its Objections to Plaintiff's Proposed Exhibits as follows:

**S.    Crewmember Statements to Coast Guard**

    Pursuant to 46 U.S.C. §6308 prohibits admission into evidence Coast Guard investigation reports except in administrative proceedings withheld by the United States.  Statements of Coast Guard personnel are part

of the investigation report.  In addition, individual statements are hearsay.  The statements are not admissible under Federal Rules of Evidence, Rule 803(8).

**U.   Personnel file of Captain David Dandridge.**

Since the defendant has admitted liability for Jones Act Negligence and Unseaworthiness, the personnel file of Captain Dandridge is irrelevant to any issue remaining in this case.  Accordingly, this file should be properly excluded as an exhibit.

**V.   Report of Captain Gregory Gifford.**

Captain Gifford reviewed the incident and issued a self-critical analysis report of the incident.  This report is protected by the Federal Self-Critical Analysis Privilege.  The basis of the report is not relevant to the issues remaining in this case after the admission of liability as to both negligence and unseaworthiness.  The defendant suggests that an in camera review be conducted as to the relevancy of the report to the issues to be tried before this jury.  It is a report of constructive professional criticism which is intended to obtain improvement through self-analysis.

**W & X**

The defendant objects to any and all unpaid medical bills and prescription receipts that were not timely and properly presented to the defendant with appropriate explanation for the services in order to permit the defendant to conduct an investigation to determine the plaintiff's entitlement.

**Y & Z**

The defendant objects to any and all unpaid medical bills and prescription receipts that were not timely and properly presented to the defendant with appropriate explanation for the services in order to permit the defendant to conduct an investigation to determine the plaintiff's entitlement.

**EE    Defendant's Answers to Plaintiff's Interrogatories.**

Since the defendant has admitted liability under Jones Act Negligence and Unseaworthiness, the Defendant Answers to Plaintiff's Interrogatories are irrelevant to the remaining issues in this case. Accordingly, the Defendant's Answers to Interrogatories should be ruled inadmissible as irrelevant and immaterial as to the issues to be tried before the jury and/or Court.

By its attorneys,

**CLINTON & MUZYKA, P.C.**

"/s/Thomas J. Muzyka"
**Thomas J. Muzyka**
**BBO NO:   365540**
**Kenneth M. Chiarello**
**BBO NO: 639274**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated:  August 27, 2007