UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BARRY BROOKS,<br>    Plaintiff<br><br>V.<br><br>WOODS HOLE, MARTHA'S<br>VINEYARD AND NANTUCKET<br>STEAMSHIP AUTHORITY,<br>    Defendant | Civil Action<br><br>No. 05-11861-MLW |
| MARK LALIBERTE,<br>    Plaintiff<br><br>V.<br><br>WOODS HOLE, MARTHA'S<br>VINEYARD AND NANTUCKET<br>STEAMSHIP AUTHORITY,<br>    Defendant | Civil Action<br><br>No. 05-11224-MLW |

**PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION IN LIMINE TO PRECLUDE THE PLAINTIFFS FROM OFFERING ANY OF THEIR MEDICAL RECORDS, MEDICAL BILLS, AND INCOME TAX RECORDS NOT PRODUCED DURING DISCOVERY**

Now comes the Plaintiffs in the above-entitled action and by and through their attorneys submit Plaintiffs' Opposition to Defendant's Motion in Limine to Preclude the Plaintiffs from Offering any of Their Medical Records, Medical Bills and Income Tax Records Not Produced During Discovery. As grounds Plaintiff states the following:

**Income Tax Returns and Medical Records**

Plaintiff does not intend to introduce any tax records or medical records of Barry Brooks

or Mark Laliberte. Thus, the issue is moot.

**Medical Bills**

In regards to Plaintiffs Brooks and Laliberte medical bills, throughout discovery the medical bills were forwarded to Defendant on numerous occasions. First, they were sent directly to Defendant from the provider. Second, Plaintiff's counsel forwarded them to Defendant on numerous occasions in letters regarding Defendant's failure to pay the medical bills and Plaintiff's request to pay the bills under their cure obligation. Defendant's knowledge of the bills and the dispute surrounding the failure to pay the bills is confirmed in Defendant's Request for Admissions. Defendant sent 25 Request for Admissions, of which 24 of them dealt with the issue of unpaid medical bills under cure. Based on the foregoing, this Honorable Court should deny Defendant's request to preclude any evidence of medical bills from being introduced.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court deny Defendant's Motion in Limine to Preclude the Plaintiffs from Offering any of Their Medical Records, Medical Bills and Income Tax Records Not Produced During Discovery

        Respectfully submitted,

        Barry Brooks and Mark Laliberte, Plaintiffs,
        By his attorneys,

        /s/ Carolyn M. Latti
        David F. Anderson
        BBO #560994
        Carolyn M. Latti
        BBO #567394
        Latti & Anderson LLP
        30-31 Union Wharf
        Boston, MA 02109
        (617) 523-1000

Dated: August 27, 2007

## CERTIFICATE OF SERVICE

      I hereby certify that on this date, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

        /s/ Carolyn M. Latti
        Carolyn M. Latti
        Latti & Anderson LLP
        30-31 Union Wharf
        Boston, MA 02109
        617-523-1000

Dated: 8/22/07