UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA05-11224
CASE NO.   CA05-11861

| Barry Brooks | Wood's Hole, Martha's Vineyard and |
| Mark Laliberte | Nantucket Steamship Authority |
| PLAINTIFF | DEFENDANT |
| | |
| Christine Lahti | Thomas Muzyka |
| David Anderson | |

COUNSEL FOR PLAINTIFF        COUNSEL FOR DEFENDANT

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Romanow

CLERK'S NOTES

| DATES: | Pretrial Conference |
|---|---|
| 8/29/07 | Court goes over the status of the case with the parties. Court gives its tentative views on the pending motions. Court will set a time for the hearings on the motions. Defendant's expert Mokry shall be present at the hearing. Court allows defense counsel request to issue subpoenas returnable to the clerk for next Wednesday September 5, 2007. Further pretrial conference set for 9/7/07 at 10:00 am. Parties to file a report as to settlement only by 12:00 pm on 8/31/2007. Parties to file a further status report by the c.o.b. on 9/4/07 |