UNITED STATES DISTRI0T COURT
DISTRICT OF MASSACHUSETTS

```
MARK LALIBERTE,                        )
         Plaintiff(s)                  )
                                       )
v.                                     )    C.A. No.  05-11224-MLW
                                       )
WOOD'S HOLE, MARTHA'S VINEYARD         )
and NANTUCKET STEAMSHIP AUTH.          )
         Defendant(s)                  )
```

## SETTLEMENT ORDER OF DISMISSAL

WOLF, D.J.

The Court having been advised, on AUGUST 31, 2007, by counsel for the defendant that the above-captioned action settled:

It is hereby ORDERED that this action is hereby DISMISSED without prejudice to reconsideration and possible reopening if within 60 days of this Order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

If no such motion is filed within 60 days of this Order, the case may only be reopened upon a meritorious motion pursuant to Fed. R. Civ. P. 60. See Pratt v. Philbrock, 109 F.3d 18 (1st Cir. 1997).

By the Court:
Sarah A. Thornton, Clerk

August 31, 2007                        /s/Dennis O'Leary
Date                                   Deputy Clerk