**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**MARK LALIBERTE**
**Plaintiff,**

**CIVIL ACTION**
**NO: 05-11224-MLW**

**VS.**

**WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY,**
**Defendant.**

**DEFENDANT'S MOTION TO REOPEN THE MATTER AND FOR PERMISSION TO DEPOSIT THE SETTLEMENT FUNDS TO THE COURT'S REGISTRY**

Now comes the defendant, Woods Hole, Martha's Vineyard & Nantucket Steamship Authority, in the above-entitled action, by and through its undersigned counsel, Clinton & Muzyka, P.C., and respectfully moves this Honorable Court to reopen this civil action and further seeks permission to deposit the settlement funds into the Court's registry.

As grounds in support, the defendant submits the following for the Court's consideration.

1. This matter involves personal injuries sustained by the plaintiff while working as a crewmember on the M/V ISLANDER, a passenger and freight vessel formerly owned and operated by the defendant.

2. The plaintiff is currently represented by Latti & Anderson, LLP, but was previously represented by Thomas J. Hunt & Associates. After the plaintiff discharged Attorney Hunt as his counsel, Attorney Hunt served a Notice of Lien on defense counsel. *A*

*copy of the Notice of Lien is attached hereto as Exhibit "A."*

3. This civil action was scheduled to commence trial on September 10, 2007. On August 31, 2007, the parties settled the civil action for $167,500.00 (new money), reported the case settled, and requested a 60-day Settlement Order of Dismissal. The Court entered the requested Settlement Order of Dismissal on August 31, 2007.[1]

4. Defense counsel sent facsimiles to Latti & Anderson, LLP and Thomas J. Hunt & Associates on September 6, 2007 and September 25, 2007 requesting that they resolve the attorney's lien forthwith to avoid the defendant from having to reopen the case and deposit the settlement funds in the Court's Registry. *Copies of these facsimiles are attached hereto as Exhibits "B" & "C" respectively.*

5. There is a dispute concerning whether Attorney Hunt has a valid attorney's lien and, if so, the amount. There is also an issue concerning the plaintiff's failure to satisfy all of the costs associated with Dr. Ronald Schouten's expert deposition.[2] Dr. Schouten is the defendant's medical expert.

6. There are no other outstanding issues, as the plaintiff has fully executed and returned to the defendant the agreed upon Settlement Agreement and Release.

7. The defendant is seeking permission to reopen this matter for the purpose of resolving the foregoing issues, and to seek permission to deposit the settlement funds into the Court's Registry.

**WHEREFORE**, the defendant, Woods Hole, Martha's Vineyard & Nantucket Steamship Authority, prays that this

---

[1] The District Court has not relinquished jurisdiction over this matter. See, i.e. Lipman v. Dye, 294 F.3d 17 (1st Cir. 2002).

[2] The plaintiff believes that he is not required to pay Dr. Schouten for the time he spent preparing for his expert deposition or, in the alternative, that his preparation time is excessive.

Honorable Court reopen this civil action and grant the defendant permission to deposit the settlement funds into the Court's Registry pending further instructions from this Honorable Court.

By its attorneys,

**CLINTON & MUZYKA, P.C.**

_"/s/ Thomas J. Muzyka"

Thomas J. Muzyka
BBO NO: 365540
Kenneth M. Chiarello
BBO NO: 639274
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated: October 4, 2007

# EXHIBIT "A"

LAW OFFICES
THOMAS J. HUNT & ASSOCIATES
COUNSELLORS AT LAW AND PROCTORS IN ADMIRALTY
18 NORTH WATER STREET
NEW BEDFORD, MA 02740

(508) 994-7300
(617) 227-8081

(800) 441-4018
(508) 984-0755 FAX

January 6, 2006

Kenneth M. Chiarello, Esq.
CLINTON & MUZYKA, P.C.
One Washington Mall, Suite 1400
Boston, MA 02108

**RE: Mark LaLiberte vs. Woods Hole, Martha's Vineyard & Nantucket Steamship Authority**
**C.A. No.: 05-cv-11224-MLW**

Dear Mr. Chiarello:

Enclosed please find my letter to David Dubois on June 21, 2005, with regard to my attorney's lien on the above matter.

Notice is hereby given that I claim a lien for my services, in any judgment rendered therein for plaintiff. Further, we are entitled to our expenses on the claim. Therefore, do not under any circumstance issue a settlement check without this firm's name as payee.

If you have any questions, please contact me.

Thank you for your cooperation.

Very truly yours,

Thomas J. Hunt

Thomas J. Hunt

TJH/ nmc

LAW OFFICES
THOMAS J. HUNT & ASSOCIATES
COUNSELLORS AT LAW AND PROCTORS IN ADMIRALTY
18 NORTH WATER STREET
NEW BEDFORD, MA 02740
(508) 994-7300
(617) 227-8081
(800) 441-4018
(508) 984-0755 FAX

June 21, 2005

David Dubois
MARINE SAFETY CONSULTANTS, INC.
PO Box 615
Fairhaven, MA 02719-0615

**RE: Mark LaLiberte vs. Woods Hole, Martha's Vineyard & Nantucket Steamship Authority**

Dear Mr. Dubois:

Please be advised that this firm no longer represents the interest of Mark LaLiberte in the above-entitled matter.

As you are know, there was an outstanding settlement offer of $75,000 on his claim. Notice is hereby given that I claim a lien for my services, in any judgment rendered therein for plaintiff. Further, we are entitled to our expenses on the claim. Therefore, do not under any circumstance issue a settlement check without this firm's name as payee.

If you have any questions, please contact me.

Thank you for your cooperation.

Very truly yours,

Thomas J. Hunt

TJH/ nmc

# EXHIBIT "B"

CLINTON & MUZYKA, P.C.
ATTORNEYS AT LAW
ONE WASHINGTON MALL, SUITE 1400
BOSTON, MASSACHUSETTS 02108

THOMAS E. CLINTON
THOMAS J. MUZYKA
ROBERT E. COLLINS*
KENNETH M. CHIARELLO
TERENCE G. KENNEALLY

ARTHUR P. SKARMEAS**
Of Counsel

*Also admitted in RI
**Also admitted in NH

TELEPHONE
(617) 723-9165
FACSIMILE
(617) 720-3489
E-MAIL:
c&m@clinmuzyka.com

September 6, 2007

***VIA FACSIMILE***

LATTI & ANDERSON, LLP
30-31 Union Wharf
Boston, MA 02109

Attention: David Anderson, Esquire
and
Carolyn Latti, Esquire

and

THOMAS J. HUNT & ASSOCIATES
18 North Water Street
New Bedford, MA 02740

Attention: Thomas J. Hunt, Esq.

**Re: Mark Laliberte vs. Woods Hole Martha's Vineyard & Nantucket Steamship Authority**
**<u>Civil Action No: 05-11224-MLW</u>**

**and**

**Barry Brooks vs. Woods Hole, Martha's Vineyard & Nantucket Steamship Authority**
**<u>Civil Action No: 05-11861-MLW</u>**

Gentlemen:

We refer to the above matters which were settled and reported to the Court on August 31, 2007.

As we have advised, we have received letters from Attorney Thomas Hunt advising of Attorney's Liens on the settlement funds on behalf of both plaintiffs. We have asked Attorney Anderson to contact Attorney Hunt to resolve this issue so that it will not be an obstacle to their conclusion.

If this matter is not resolved among plaintiffs' counsel with written waiver of the Attorney Liens, then you will leave the defendant with no alternative, but to reopen the litigation and deposit the settlement funds with the Trial Court.

We ask that all plaintiffs' counsel resolve this matter so that the inconvenience of re-opening the civil actions and incurring further costs for the defendant will not be required.

Very truly yours,

Thomas J. Muzyka

TJM:ab

**CLINTON & MUZYKA, P.C.**
ONE WASHINGTON MALL, SUITE 1400
BOSTON, MA 02108
617.723.9165 TEL
617.720.3489 FAX
TMUZYKA@CLINMUZYKA.COM

# FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| David Anderson, Esquire<br>Carolyn Latti, Esquire<br>Latti & Anderson, LLP<br>Fax#: 617-523-7394 | Thomas J. Muzyka |
| TO: | DATE: |
| Thomas J. Hunt, Esquire<br>Thomas J. Hunt & Associates<br>Fax#: 508-984-0755 | September 6, 2007 |
| | TOTAL NO. OF PAGES INCLUDING COVER:<br>3 |
| | SENDERS REFERENCE NO: |
| RE: | YOUR REFERENCE NO: |
| **Mark Laliberte vs. Woods Hole Martha's Vineyard & Nantucket Steamship Authority**<br>**Civil Action No: 05-11224-MLW**<br><br>**Barry Brooks vs. Woods Hole, Martha's Vineyard & Nantucket Steamship Authority**<br>**Civil Action No: 05-11861-MLW** | |

NOTES/COMMENTS:

PLEASE SEE ATTACHED CORRESPONDENCE CONCERNING THE ABOVE CAPTIONED MATTERS.

Broadcast Report

P 1
09/06/2007 13:15
Serial No. 231102920
TC: 94797

| Destination | Start Time | Time | Prints | Result | Note |
|---|---|---|---|---|---|
| 16175237394 | 09-06 13:14 | 00:00 27 | 003/003 | OK | L1 |
| 15089840755 | 09-06 13:15 | 00:00 24 | 003/003 | OK | L1 |

Note L1: Main Circuit, L2: Sub Circuit, TMR: Timer, POL: Poll, ORG: Original, FME: Frame Erase TX, MIX: Mixed Original, CALL: Manual Communication, CSRC: CSRC, FWD: Forward, PC: PC-FAX, BND: Bind, SP: Special Original, FCODE: F-Code, RTX: Re-Tx, RLY: Relay, MBX: Secure, BUL: Bulletin

Result OK: TX OK, S-OK: Stop Communication, PW-OFF: Power Switch OFF, TEL: RX from TEL, NG: Other Error, Cont: Continue, No Ans: No Answer, Refuse: Receipt Refused, Busy: Busy, M-Full:Memory Full.

CLINTON & MUZYKA, P.C.
ONE WASHINGTON MALL, SUITE 1400
BOSTON, MA 02108
617.723.9165 TEL
617.720.3489 FAX
TMUZYKA@CLINMUZYKA.COM

# FACSIMILE TRANSMITTAL SHEET

TO: David Anderson, Esquire
Carolyn Latti, Esquire
Latti & Anderson, LLP
Fax#: 617-523-7394

FROM: Thomas J. Muzyka

TO: Thomas J. Hunt, Esquire
Thomas J. Hunt & Associates
Fax#: 508-984-0755

DATE: September 6, 2007

TOTAL NO. OF PAGES INCLUDING COVER: 3

SENDERS REFERENCE NO:

YOUR REFERENCE NO:

RE: Mark Laliberte vs. Woods Hole, Martha's Vineyard & Nantucket Steamship Authority
Civil Action No: 05-11224-MLW

Barry Brooks vs. Woods Hole, Martha's Vineyard & Nantucket Steamship Authority
Civil Action No: 05-11861-MLW

NOTES/COMMENTS:

PLEASE SEE ATTACHED CORRESPONDENCE CONCERNING THE ABOVE CAPTIONED MATTERS.

# EXHIBIT "C"

# CLINTON & MUZYKA, P.C.

ATTORNEYS AT LAW
ONE WASHINGTON MALL, SUITE 1400
BOSTON, MASSACHUSETTS 02108

THOMAS E. CLINTON
THOMAS J. MUZYKA
ROBERT E. COLLINS*
KENNETH M. CHIARELLO
TERENCE G. KENNEALLY

ARTHUR P. SKARMEAS**
Of Counsel

*Also admitted in RI
**Also admitted in NH

TELEPHONE
(617) 723-9165
FACSIMILE
(617) 720-3489
E-MAIL:
c&m@clinmuzyka.com


September 25, 2007

***VIA FACSIMILE***

LATTI & ANDERSON, LLP
30-31 Union Wharf
Boston, MA 02109

Attention: David Anderson, Esquire
and
Carolyn Latti, Esquire

and

THOMAS J. HUNT & ASSOCIATES
18 North Water Street
New Bedford, MA 02740

Attention: Thomas J. Hunt, Esq.

**Re: Mark Laliberte vs. Woods Hole Martha's Vineyard & Nantucket Steamship Authority**
**<u>Civil Action No: 05-11224-MLW</u>**

**and**

**Barry Brooks vs. Woods Hole, Martha's Vineyard & Nantucket Steamship Authority**
**<u>Civil Action No: 05-11861-MLW</u>**

Gentlemen:

We refer to the above matters and acknowledge receipt of the executed Settlement Agreements and Releases on behalf of Plaintiffs, Brooks and Laliberte.

As we advised under our facsimile letter of September 6, 2007, we have also received letters from Attorney Thomas Hunt advising of Attorney's Liens on the settlement funds for both plaintiffs. In our earlier letter, we asked you to resolve the Attorney's Liens issues among yourselves. To date, we have not received any advice that these issues have been resolved.

If we do not receive written advices stating that the Attorney's Liens issue has been resolved, you will leave us with no alternative but to reopen the litigation in both matters and deposit the settlement funds with Judge Wolf.

We are writing to avoid this alternative and request your cooperation soonest. If we do not hear from you by the close of business on Friday, September 28, 2007, we will draft the appropriate motions to present this issue to Judge Wolf.

Very truly yours,

Thomas J. Muzyka

TJM:cm

Broadcast Report

P 1
09/25/2007 15:52
Serial No. 231102920
TC: 102597

| Destination | Start Time | Time | Prints | Result | Note |
|---|---|---|---|---|---|
| 16175237394 | 09-25 15:51 | 00:00 27 | 003/003 | OK | L1 |
| 15089840755 | 09-25 15:52 | 00:00 25 | 003/003 | OK | L1 |

Note L1: Main Circuit, L2: Sub Circuit, TMR: Timer, POL: Poll, ORG: Original, FME: Frame Erase TX, MIX: Mixed Original, CALL: Manual Communication, CSRC: CSRC, FWD: Forward, PC: PC-FAX, BND: Bind, SP: Special Original, FCODE: F-Code, RTX: Re-Tx, RLY: Relay, MBX: Secure, BUL: Bulletin

Result OK: TX OK, S-OK: Stop Communication, PW-OFF: Power Switch OFF, TEL: RX from TEL, NG: Other Error, Cont: Continue, No Ans: No Answer, Refuse: Receipt Refused, Busy: Busy, M-Full:Memory Full.

CLINTON & MUZYKA, P.C.
ONE WASHINGTON MALL, SUITE 1400
BOSTON, MA 02108
617.723.9165 TEL
617.720.3489 FAX
TMUZYKA@CLINMUZYKA.COM

# FACSIMILE TRANSMITTAL SHEET

TO:
David Anderson, Esquire
Carolyn Latti, Esquire
Latti & Anderson, LLP
Fax#: 617-523-7394

FROM:
Thomas J. Muzyka

TO:
Thomas J. Hunt, Esquire
Thomas J. Hunt & Associates
Fax#: 508-984-0755

DATE:
September 25, 2007

TOTAL NO. OF PAGES INCLUDING COVER:
3

SENDERS REFERENCE NO:

YOUR REFERENCE NO:

RE:
Mark Laliberte vs. Woods Hole Martha's Vineyard & Nantucket Steamship Authority
Civil Action No: 05-11224-MLW

Barry Brooks vs. Woods Hole, Martha's Vineyard & Nantucket Steamship Authority
Civil Action No: 05-11861-MLW

NOTES/COMMENTS:

PLEASE SEE ATTACHED CORRESPONDENCE CONCERNING THE ABOVE CAPTIONED MATTERS.

CLINTON & MUZYKA, P.C.
ONE WASHINGTON MALL, SUITE 1400
BOSTON, MA 02108
617.723.9165 TEL
617.720.3489 FAX
TMUZYKA@CLINMUZYKA.COM

# FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| David Anderson, Esquire<br>Carolyn Latti, Esquire<br>Latti & Anderson, LLP<br>Fax#: 617-523-7394 | Thomas J. Muzyka |
| TO:<br>Thomas J. Hunt, Esquire<br>Thomas J. Hunt & Associates<br>Fax#: 508-984-0755 | DATE:<br>September 25, 2007 |
| | TOTAL NO. OF PAGES INCLUDING COVER:<br>3 |
| | SENDERS REFERENCE NO: |
| RE:<br>**Mark Laliberte vs. Woods Hole Martha's Vineyard & Nantucket Steamship Authority**<br>**<u>Civil Action No: 05-11224-MLW</u>**<br><br>**Barry Brooks vs. Woods Hole, Martha's Vineyard & Nantucket Steamship Authority**<br>**<u>Civil Action No: 05-11861-MLW</u>** | YOUR REFERENCE NO: |

NOTES/COMMENTS:

PLEASE SEE ATTACHED CORRESPONDENCE CONCERNING THE ABOVE CAPTIONED MATTERS.