UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARK LALIBERTE,
    Plaintiff

VS.

WOODS HOLE, MARTHA'S VINEYARD
AND NANTUCKET STEAMSHIP
AUTHORITY,
    Defendant

CIVIL ACTION
NO.: 05-11224

## THOMAS J. HUNT & ASSOCIATES' MOTION TO INTERVENE

Now comes, Thomas J. Hunt & Associates, who respectfully moves that this Honorable Court, in the above-entitled matter, allow Thomas J. Hunt & Associates to intervene pursuant to Rule 24 of the Federal Rules of Civil Procedure.

The plaintiff, Mark LaLiberte retained Thomas J. Hunt & Associates on or about August 11, 2003 for representation pertaining to personal injuries he sustained while a crewmember aboard the M/V ISLANDER on or about August 5, 2003. Attorney Hunt incurred costs associated with the representation of the plaintiff and secured an initial settlement offer from the Defendant in the amount of $75,000. The plaintiff rejected that settlement offer and discharged Thomas J. Hunt & Associates on June 9, 2005; the plaintiff has subsequently settled his claim and has failed to reimburse Thomas J. Hunt and Associates for its costs and reasonable fees in pursuit of Plaintiff LaLiberte's claim for personal injuries sustained aboard the M/V ISLANDER. Attorney Hunt has given notice of his lien for attorney's fees and costs to all

parties in this matter and has been unable to reach a resolution with plaintiff's counsel, Latti & Anderson, LLP.

A Motion to Reopen the above-entitled matter is pending before this Honorable Court and Thomas J. Hunt & Associates believes that an order placing the settlement funds in a registry with the Court would be proper so that this Honorable Court may resolve the dispute between Thomas J. Hunt & Associates, the plaintiff, Mark LaLiberte, and plaintiff's counsel, Latti & Anderson, LLP.

Rule 24(a) of the Federal Rules of Civil Procedure provides for intervention as of right when a statute of the United States confers an unconditional right to intervene or when the applicant claims an interest in the subject matter of the action which may be affected.  In this matter, Thomas J. Hunt & Associates has an interest in receiving its reasonable attorney's fees and costs for its representation of plaintiff LaLiberte from August 11, 2003 to June 9, 2005.

**WHEREFORE,** Thomas J. Hunt & Associates prays that this Honorable Court grant its Motion to Intervene in the above-entitled action and that it grant "Defendant's Motion to Reopen the Matter and for Permission to Deposit the Settlement funds to the Court Registry" so that this Honorable Court may resolve this issue.

Dated:  October 19, 2007                    Respectfully submitted,

                                            /s/ Thomas J. Hunt, Esq.
                                            Thomas J. Hunt
                                            BBO# 244680
                                            THOMAS J. HUNT &
                                            ASSOCIATES
                                            18 North Water Street
                                            New Bedford, MA  02740
                                            (508) 994-7300
                                            (508) 984-0755 Facsimile

CERTIFICATE OF SERVICE

      I hereby certify that on this date, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

      /s/ Thomas J. Hunt
Thomas J. Hunt, Esq.
BBO# 244680
Thomas J. Hunt & Associates
18 N. Water Street
New Bedford, MA 02740